**CB&H BUS. SERVS., L.L.C. v. J.T. COMER CONSULTING, INC.**

[362 N.C. 78 (2007)]

AFFIRMED.

Justice TIMMONS-GOODSON did not participate in the consideration or decision of this case.

———————

CB&H BUSINESS SERVICES, L.L.C. v. J.T. COMER CONSULTING, INC. AND
CBH PENSIONS, INC.

No. 365A07

(Filed 7 December 2007)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 184 N.C. App. 720, 646 S.E.2d 843 (2007), reversing in part an order entered on 28 July 2006 by Judge Robert P. Johnston in Superior Court, Mecklenburg County granting summary judgment in favor of defendants, and remanding for entry of judgment in plaintiff's favor. Heard in the Supreme Court 15 November 2007.

*Hamilton Moon Stephens Steele & Martin, P.L.L.C., by T. Jonathan Adams, for plaintiff-appellee.*

*Arthurs & Foltz, by Douglas P. Arthurs, for defendant-appellants.*

PER CURIAM.

AFFIRMED.